1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street Ste. 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Richard Gambord

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RICHARD GAMBORD,                    ) No. 5:22-cv-03134-NC
                                        )
12          Plaintiff,                  ) **REQUEST FOR DISMISSAL OF**
                                        ) **DEFENDANT PACIFIC CATCH, INC.,**
13      vs.                             ) **ONLY; ORDER**
                                        )
14  PACIFIC CATCH, INC.; PRUNEYARD      )
    REGENCY, LLC; PRUNEYARD OFFICE      )
15  INVESTORS LLC; PRUNEYARD CENTER     )
    ASSOCIATION;                        )
16                                      )
                                        )
17          Defendants.                 )
                                        )
18                                      )
                                        )
19  _____ )

20      WHEREAS, Plaintiff, Richard Gambord ("Plaintiff"), wishes to dismiss Defendant,

21  Pacific Catch, Inc. from the above-captioned action pursuant to settlement with Defendant,

22  Pacific Catch, Inc., only;

23      WHEREAS, Plaintiff has been unable to obtain authorization to file a stipulation for

24  dismissal from counsel for Defendants Pruneyard Regency, LLC; Pruneyard Office Investors

25  LLC; Pruneyard Center Association to dismiss Defendant, Pacific Catch, Inc., only, pursuant

26  to Federal Rule of Civil Procedure 41(a)(1)(A)(i);

27      WHEREAS, no defendant has filed a cross-claim, counter-claim or

28  third-party claim in this action;

REQUEST FOR DISMISSAL OF DEFENDANT PACIFIC CATCH, INC., ONLY; ORDER

NOW, THEREFORE, Plaintiff hereby respectfully requests, pursuant to Federal Rule of Civil Procedure 41(a)(2), that Defendant, Pacific Catch, Inc., only, be dismissed from the above-captioned action with prejudice.

Date: July 3, 2023                                      MOORE LAW FIRM, P.C.


                                                        /s/ Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff,
                                                        Richard Gambord


## **ORDER**

Pursuant to the request of Plaintiff, and no cross-claim, counter-claim or third-party claim having been filed by Defendant, Pacific Catch, Inc.,

**IT IS HEREBY ORDERED** that Defendant, Pacific Catch, Inc., only, be dismissed from the above-captioned action with prejudice.


**IT IS SO ORDERED**.


Dated:   __July 5, 2023__          _____
                                   UNITED STATES DISTRICT JUDGE
                                   NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins

REQUEST FOR DISMISSAL OF DEFENDANT PACIFIC CATCH, INC., ONLY; ORDER