1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com
           service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Richard Gambord

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 RICHARD GAMBORD,                )   No.  5:22-cv-03134-NC
                                   )
12           Plaintiff,             )   **STIPULATION FOR DISMISSAL OF**
      vs.                          )   **ACTION**
13                                 )
                                   )
14 PACIFIC CATCH, INC., et al.,    )
                                   )
15           Defendants.            )
                                   )
16                                 )
                                   )
17

**IT IS HEREBY STIPULATED** by and between Plaintiff Richard Gambord and Defendants, Pruneyard Regency, LLC and Pruneyard Center Association ("Defendants"), the parties remaining in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: December 15, 2023         MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Richard Gambord

Dated: December 15, 2023         FOX ROTHSCHILD LLP

*/s/ L. Peter Ryan*
L. Peter Ryan
Attorney for Defendants,
Pruneyard Regency, LLC and Pruneyard Center Association

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Richard Gambord